IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY ZANDERS,                    )
      Petitioner,                  )
                                   )
           v.               )   Civil Action No. 08-1455
                                   )
COMMONWEALTH OF                     )
PENNSYLVANIA                        )
      Respondent.                  )

## O R D E R

AND NOW, this 19th day of November 2008, after a petition for a writ of habeas corpus was filed by the petitioner, Anthony Zanders, and after the Report and Recommendation of the United States Magistrate Judge was issued, and the petitioner informed the Court that he had no objection to the recommended transfer of this case to the United States Court of Appeals for the Third Circuit pursuant to 28 U.S.C. § 1631, and after independent review of the petition and the record, and upon consideration of the Report and Recommendation of the Magistrate Judge, which is adopted as the opinion of this Court,

IT IS ORDERED that the petition of Anthony Zanders for a writ of habeas corpus is transferred forthwith to the United States Court of Appeals for the Third Circuit pursuant to 28 U.S.C. § 1631 as a repeat petition.

_____
United States District Judge